# United States District Court
### for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Howard Glen Brons</u>          Case Numbers: <u>3:03-00045 and 3:04-00071</u>

Name of Sentencing Judicial Officer: <u>The Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>February 2, 2005</u>

Original Offense: <u>18 U.S.C. § 922(j) Possession of Stolen Firearms (two counts),18 U.S.C. § 924(c)</u>
<u>Possession of a Firearm in Furtherance of Drug Trafficking, 18 U.S.C. § 922(o) Transfer or Possession of</u>
<u>Homemade Machine Gun, 26 U.S.C. §§ 5822 & 5861(c) Possession of Homemade Machine Gun, 26 U.S.C.</u>
<u>§§ 5841 & 5861(d) Possession of an Unregistered Homemade Machine Gun, 26 U.S.C. §§ Transfer of a</u>
<u>Homemade Machine Gun, 26 U.S.C. § 5861(I) Possession of a Firearm not Identified by a Serial Number,</u>
<u>and 18 U.S.C. § 473 Dealing in Counterfeit Obligations and Securities</u>

Original Sentence: <u>123 months' custody followed by 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>          Date Supervision Commenced: <u>October 5, 2010</u>

Assistant U.S. Attorney: <u>Darryl A. Stewart</u>          Defense Attorney: <u>Ronald C. Small</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

I declare under penalty of perjury that the
foregoing is true and correct.

Respectfully submitted,

Considered this <u>27</u> day of <u>March</u>, <u>2013,</u>
and made a part of the records in the above case.

*Eric Illarmo*
_____
Eric Illarmo
U.S. Probation Officer

*Todd Campbell*
_____
Todd J. Campbell
U.S. District Judge

Place     Nashville, Tennessee

Date     March 26, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the defendant has violated the following condition(s) of supervision:

Violation No.     Nature of Noncompliance

1.                **The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.**

On March 14, 2013, federal law enforcement officials arrested Joshua Lee Alan Eichel for Conspiracy to Possess with Intent to Distribute and Distribution of 100 Kilograms or More of Marijuana. At the time of the arrest, Mr. Brons was found to be in a vehicle with Mr. Eichel. Mr. Brons did not have permission to associate with Mr. Eichel.

**Compliance with Supervision Conditions and Prior Interventions:**
Mr. Howard Glen Brons began his term of supervised release on October 5, 2012, and is currently scheduled to complete his term on October 4, 2015.

As reported above, on March 14, 2013, the defendant was found to be in a vehicle with a known felon who was previously supervised by this probation office and whose term of supervised release was revoked by Your Honor in 2011. Mr. Brons was interviewed by law enforcement officials and released. Mr. Brons denied any illegal activity. He was issued a verbal reprimand and was reinstructed by the probation officer.

**Update of Offender Characteristics:**
There is no additional information relevant to this section that has not already been provided in this petition.

**U.S. Probation Officer Recommendation:**
It is recommended that the defendant be continued on supervised release with no further action taken at this time. This matter has been reported to Assistant U.S. Attorney Darryl A. Stewart, who concurs with the recommendation.

Approved: _____

       Britton Shelton
       Supervisory U.S. Probation Officer