UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:04-00071 |
| | ) | JUDGE CAMPBELL |
| HOWARD GLEN BRONS | ) | |

## ORDER

Pending before the Court is a Petition (Docket No. 44) alleging violations of Defendant's conditions of Supervised Release. The Court will hold a hearing on the Petition on May 15, 2013, at 1:00 p.m.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE